UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN CARLOS SUAREZ, | ) | NO. SACV 10-00546 AHM (SS) |
|             Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
|      v. | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| ANTHONY HEDGPETH, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
|             Respondent. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Amended Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a _de novo_ determination of the portions of the Amended Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 28, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE